Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA DANIELS,<br><br>            Plaintiff,<br><br>     v.<br><br>UNISA, INC., a foreign corporation;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., a foreign corporation,<br><br>            Defendants. | Case No. 2:16-cv-02678-JCM-NJK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEFENDANT<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.'S TIME TO RESPOND TO<br>PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

///

///

///

///

///

///

///

///

///

///

///

It is hereby stipulated by and between Plaintiff Latoya Daniels ("Plaintiff"), through her attorney Kevin L. Hernandez, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Maupin Naylor Braster, as follows:

Plaintiff filed her Complaint on November 21, 2016.  Experian was served on November 28, 2016.  The deadline for Experian to respond to the Complaint is currently December 19, 2016. Plaintiff and Experian stipulate and agree that Experian shall have until January 2, 2017, to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party.

DATED this 19th of December 2016.

LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/ Kevin L. Hernandez
    Kevin L. Hernandez
    Nevada Bar No. 12594
    9555 S. Eastern Avenue, Suite 220A
    Las Vegas, NV 89123

*Attorneys for Plaintiff Latoya Daniels*

MAUPIN • NAYLOR • BRASTER

By: /s/ Jennifer L. Braster
    Jennifer L. Braster
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 112
    Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER

**DENIED.**  *See* Local Rule IA 6-1(a) (stipulations to extend time must state the reason for the extension sought).

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED December 20, _____ 2016.